UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SHANE SLONE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 20-093-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CE RESOURCE, INC., et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Shane Slone filed several documents on March 17, 2020. The first is an amended complaint. [Record No. 6] The second is a motion to either strike this pleading or seal it. [Record No. 7] The plaintiff states that the amended complaint [Record No. 6] was a draft and contained information that warranted sealing in the initial complaint. He indicates that he instead intended to file this document as an amended redacted complaint to correct errors referencing certain exhibits attached to the initial sealed complaint. Why he intended to file this document as an amended *redacted* complaint when a replacement to the sealed initial complaint would logically also contain the information that warranted sealing is not explained. Still, the Court acknowledges that the filing contains mistakes and will strike the pleading according to the plaintiff's requests.

Slone has also filed a different motion. [Record No. 8] This motion asks the Court for leave to file *another* amended complaint because the initial complaint contained the errors and (presumably) because the pleading filed in Record No. 6, which also contains errors, counts as his one amendment as a matter of course under Federal Rule of Civil Procedure 15(a)(1). [*Id.*]

Further, he requests leave to seal this unredacted document.  [*Id.*]  He has filed an unredacted second amended complaint that has been provisionally sealed.  [Record No. 9]

The Court will grant leave to file this second amended complaint under Rule 15(a)(2). And because the second amended complaint contains the same information that warranted sealing the initial complaint [Record No. 1], the Court will grant leave to seal the new pleading. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Plaintiff Shane Slone's motion to strike, or in the alternative, motion to seal [Record No. 7], the amended complaint is **GRANTED**, in part.

2. The Clerk of Court is **DIRECTED** to strike the amended complaint [Record No. 6] from the record.

3. Slone's motion for leave to file an amended complaint under seal [Record No. 8] is **GRANTED**.

4. The Clerk of Court is **DIRECTED** to maintain the concurrently filed second amended complaint [Record No. 9] **UNDER SEAL**.  This pleading will serve as the operative complaint in this matter.

Dated:  March 18, 2020.



Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky